IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

CAROLYN PORTERFIELD,         *

    Plaintiff              *

vs.                          *
                                                 CASE NO. 3:06-CV-87 (CDL)
MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                                *

    Defendant
                                *

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on January 22, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 15th day of February, 2008.

                                              S/Clay D. Land
                                                 CLAY D. LAND
                                     UNITED STATES DISTRICT JUDGE